Parker v. Munday.

CHETWOOD, J., concurred with the Chief Justice.

Motion refused

CITED *in Den v. DeHart,* 1 *Hal.* 450; *Den* v. *Tomlin,* 4 *Harr.* 82.

## PARKER v. MUNDAY.

1. All actions before a justice for a sum above £6, to be tried by a jury of twelve men.

2. Consent cannot cure the want of jurisdiction.

*Certiorari* to Justice Blackford.

It appeared by the return of the justice in this case, that the jury which was sworn to try the cause, by consent of parties, consisted of but six men, who gave a verdict for the plaintiff, on which judgment was entered accordingly.

[71] PER CUR. By the act of assembly of June 5th, 1782, (*Wils.* 263; *Griffith's Treatise* 14,) a demand above £6 is to be tried by a jury of twelve men. This proceeding is therefore contrary to the express provision of the law, and consent cannot cure the want of jurisdiction, or supersede the express words of the act of assembly.

Reverse the judgment.